# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| AVERY DENNISON CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>3M COMPANY and 3M INNOVATIVE PROPERTIES COMPANY,<br><br>Defendants. | Civil No. 0:11-cv-0284 MJD-TNL |

## ORDER

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), Defendants 3M Company and 3M Innovative Properties Company (collectively "3M") and Plaintiff Avery Dennison Corporation ("Avery," and collectively, with 3M, "Parties") have stipulated to dismiss this action with prejudice (Doc. No. 114).

IT IS HEREBY ORDERED:

1. This case is dismissed with prejudice; and

2. The Parties shall bear their own attorneys' fees, costs and expenses.

**LET JUDGMENT BE ENTERED ACCORDINGLY**

Dated: March 28, 2013	s/ Michael J. Davis
The Honorable Chief Judge Michael J. Davis
United States District Court Judge